December 15, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

OLGA GUTIERREZ, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR WITH WILL ANNEXED FOR THE ESTATE OF ENEDINA GUTIERREZ, DECEASED, Appellant

NO. 14-16-00755-CV                    V.

STEWART TITLE COMPANY AND DON LORENZ AND JUDY LORENZ, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on August 31, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Olga Gutierrez, Individually and as Independent Administrator with Will Annexed for the Estate of Enedina Gutierrez, Deceased.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.